UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAIME RAMIREZ, ) <br> ) <br>       Plaintiff, ) <br> ) <br>       v. ) <br> ) <br> UNITED STATES CUSTOMS ) <br> AND BORDER PROTECTION, *et al.*, ) <br> ) <br>       Defendants. ) | Civil Action No. 1:07-65 (GK) |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Steven Y. Bressler, an attorney in good standing with the District of Columbia Bar and employed by the United States Department of Justice, Civil Division, will be appearing in this action on behalf of defendants.

Dated: January 24, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SUSAN K. RUDY D.C. Bar # 369112
Assistant Branch Director

   /s/ Steven Y. Bressler
STEVEN Y. BRESSLER D.C. Bar #482492
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, DC  20044
Tel. No.: (202) 514-4781
Fax No.: (202) 318-7609
Email: Steven.Bressler@USDOJ.gov
Counsel for Defendants