AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jaime Ramirez
417 E. Rosedale Street
Presidio, TX 79845

V.

U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, D.C. 20220

W. Ralph Basham, Commissioner
U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, D.C. 20229

Luis Garcia, Director, Field Operations
U.S. Customs and Border Protection
9400 Viscount Boulevard, Suite 104
El Paso, TX 79925-7040
    TO: (Name and address of Defendant)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:07CV00065

JUDGE: Gladys Kessler

DECK TYPE: TRO/Preliminary Injunctio

DATE STAMP: 01/12/2007

U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, D.C. 20220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory O'Duden
General Counsel
National Treasury Employees Union
1750 H Street, NW
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

JAN 12 2007

DATE

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE _1/12/2007_ |
| NAME OF SERVER (PRINT)  _Geraldine Khan_ | TITLE  _Paralegal_ |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _Office Mailroom- Michelle Wynn_
_Room B-2  1300 PA. Avenue NW Washington, DC._

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _2/22/2007_          _Geraldine Khan_
                   Date                        Signature of Server

_National Treasury Employees Union_
Address of Server
_1750 H Street, N.W._
_Washington, DC 20006_
_202-572-5531_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.