AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jaime Ramirez
417 E. Rosedale Street
Presidio, TX 79845

V.

U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, D.C. 20220

W. Ralph Basham, Commissioner
U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, D.C. 20229

Luis Garcia, Director, Field Operations
U.S. Customs and Border Protection
9400 Viscount Boulevard, Suite 104
El Paso, TX 79925-7040

TO: (Name and address of Defendant)

W. Ralph Basham, Commissioner
U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, D.C. 20229

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:07CV00065

JUDGE: Gladys Kessler

DECK TYPE: TRO/Preliminary Injunctio

DATE STAMP: 01/12/2007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory O'Duden
General Counsel
National Treasury Employees Union
1750 H Street, NW
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within _60_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 12 2007
CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 1/12/2007 |
| NAME OF SERVER (PRINT) Geraldine Khan | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Office-Mailroom Michelle Wynn Room B-2 1300 P.A. Avenue Washington DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/22/2007      Geraldine Khan
              Date            Signature of Server

Address of Server
National Treasury Employees Union
1750 H Street, N.W.
Washington, DC 20006
202-572-5531

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.