AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jaime Ramirez
417 E. Rosedale Street
Presidio, TX  79845

**SUMMONS IN A CIVIL CASE**

V.

U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, D.C. 20220

W. Ralph Basham, Commissioner
U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, D.C. 20229

CASE NUMBER  1:07CV00065

JUDGE: Gladys Kessler

DECK TYPE: TRO/Preliminary Injunctio

DATE STAMP: 01/12/2007

Luis Garcia, Director, Field Operations
U.S. Customs and Border Protection
9400 Viscount Boulevard, Suite 104
El Paso, TX  79925-7040
TO: (Name and address of Defendant)

Luis Garcia, Director, Field Operations
U.S. Customs and Border Protection
9400 Viscount Boulevard, Suite 104
El Paso, TX  79925- 7040

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory O'Duden
General Counsel
National Treasury Employees Union
1750 H Street, NW
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

JAN 1 2 2007

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *1/12/2007* |
| NAME OF SERVER *(PRINT)* *Geraldine Khan* | TITLE *Paralegal* |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served:
_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): *Sent Certified Return Receipt - Signed copy dated 1/22/2007 attached*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   *2/22/2007*        *Geraldine Khan*
                Date              Signature of Server

*National Treasury Employees Union*
Address of Server
*1750 H Street, N.W.*
*Washington, D.C. 20006*
*202-572-5531*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

5400

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Jonica Lybarger*  ☑ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>*Jonica Lybarger*  1-22-07 |
| 1. Article Addressed to:<br><br>Luis Garcia, Director<br>Field Operations<br>U.S. Customs and Border Protection<br>9400 Viscount Boulevard, Suite 104<br>El Paso, TX  79925-7040 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>JAN 2 2 2007 |
|  | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |

2.  7003 2260 0001 8010 6684

PS Form 3811, August 2001          Domestic Return Receipt                    2ACPRI-03-Z-098E