UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAIME RAMIREZ,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-65 (GK) |
| ) | |
| **U.S. CUSTOMS AND BORDER** ) | |
| **PROTECTION, et al.,** ) | |
| ) | |
| Defendants. ) | |

**NOTICE**

A telephone conference call was held in this case on March 8, 2007. The Government has graciously agreed to extend its deadline regarding Plaintiff's position on the nonpartisan Presidio City Council from March 8, 2007 to March 15, 2007. The Court will rule on the Plaintiff's pending Motion for a Preliminary Injunction by March 15, 2007.

March 8, 2007

/s/
GLADYS KESSLER
U.S. District Judge

**Copies to**: attorneys on record via ECF