UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAIME RAMIREZ, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-65 (GK) |
| | : | |
| U.S. CUSTOMS AND BORDER PROTECTION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Plaintiff Jaime Ramirez is a U.S. Customs and Border Protection Officer. Plaintiff also serves as an unpaid member of the City Council of Presidio, Texas ("the Council"), and has served in that capacity since 2004.

On December 22, 2006, Defendant Louis Garcia, Director of Field Operations, U.S. Customs and Border Protection ("CBP" or "the Agency"), ordered Plaintiff to resign his seat on the City Council. Defendants have given Plaintiff until March 15, 2007 to decide whether he will comply with CBP's order or resign his position with the Agency.

This matter is presently before the Court on Plaintiff's Motion for a Preliminary Injunction [#3]. Upon consideration of the Motion, the Opposition, the Reply, the applicable case law, oral argument, and for the reasons stated in the accompanying Memorandum Opinion, the Court concludes that the Motion should be **granted**.

**WHEREFORE**, it is this 12th day of March, 2007, hereby

**ORDERED,** that Plaintiff's Motion for a Preliminary Injunction is **granted**; and it is further

**ORDERED**, that the parties shall appear for a Status/Initial Scheduling Conference on March 21, 2007 at 11:30 a.m.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**