UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAIME RAMIREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-65 (GK) |
| | ) | |
| UNITED STATES CUSTOMS | ) | |
| AND BORDER PROTECTION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME
AND MEMORANDUM IN SUPPORT THEREOF**

Defendants, U.S. Customs and Border Protection, *et al.*, with consent of plaintiff, respectfully move this Court to extend by 30 days defendants' time in which to answer or otherwise plead in response to plaintiff's Complaint.

Good cause exists for this Motion. On this date, March 12, 2007, following briefing by the parties and a February 27 hearing, this Court granted plaintiff's Motion for Preliminary Injunction. Absent an extension, defendants' response to plaintiff's Complaint is currently due tomorrow, March 13, 2007. During much of the time elapsed since plaintiff filed his Complaint, defendants have focused their energies in this litigation on plaintiff's motion for preliminary relief. Defendants, with consent of plaintiff, request an additional 30 days to answer or otherwise plead in response to the Complaint so that defendants may fully consider the Court's Memorandum Opinion of this date prior to filing their response. This is the first extension

sought by either party, and it will not affect any other currently pending deadlines.  Nor will the Court's granting of this Motion prejudice plaintiff, since the preliminary injunction will remain in effect.

    WHEREFORE, for good cause shown, the Court should grant defendants' Consent Motion for Extension of Time.

Dated: March 12, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SUSAN K. RUDY D.C. Bar # 369112
Assistant Branch Director

    /s/ Steven Y. Bressler
STEVEN Y. BRESSLER D.C. Bar #482492
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, DC  20044
Tel. No.:  (202) 514-4781
Fax No.: (202) 318-7609
Email:  Steven.Bressler@USDOJ.gov

Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAIME RAMIREZ,                       )
                                     )
              Plaintiff,             )
                                     )
         v.                          )    Civil Action No. 1:07-65 (GK)
                                     )
UNITED STATES CUSTOMS                )
AND BORDER PROTECTION, *et al.*,     )
                                     )
              Defendants.            )

**[PROPOSED] ORDER**

AND NOW, on this ___ day of March, 2007, it is hereby **ordered** that defendants' Consent Motion for Extension of Time is **granted**. Defendants shall answer or otherwise plead in response to plaintiff's Complaint on or before April 12, 2007.

_____
Hon. GLADYS KESSLER
Senior U.S. District Judge