UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAIME RAMIREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-65 (GK) |
| | ) | |
| UNITED STATES CUSTOMS | ) | |
| AND BORDER PROTECTION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO RESCHEDULE THE STATUS/INITIAL SCHEDULING CONFERENCE
AND MEMORANDUM IN SUPPORT THEREOF**

Defendants, U.S. Customs and Border Protection, *et al.*, respectfully move this Court to reschedule the Status/Initial Scheduling Conference ("ISC") currently set for March 21, 2007. Because this Court yesterday extended defendants' time to answer or otherwise plead in response to plaintiff's Complaint until April 12, 2007, defendants request the Court schedule the ISC for a date following the new answer deadline. Plaintiff opposes this request, although counsel for plaintiff stated that plaintiff does not plan to file a written response to this Motion.[*] In the alternative, should the Court wish to proceed with the ISC next week, defendants request the Court reschedule it for March 22 or 23. Plaintiff does not oppose this alternative request.

Good cause exists for this Motion. Judicial economy and administrative efficiency will be better served by holding the ISC after defendants have answered or moved in response to plaintiff's Complaint. In addition, undersigned counsel for defendants is unavailable on

---

[*]   Defendants did not include this request in their March 12 Motion for Extension of Time because counsel for plaintiff was unable to advise undersigned counsel until today of plaintiff's position on rescheduling the ISC for a date following April 12.

-2-

Wednesday, March 21, due to a prior family obligation, and counsel for plaintiff is unavailable on March 19 and 20.

WHEREFORE, for good cause shown, the Court should grant this Motion and reschedule the ISC for an appropriate date at the Court's convenience following defendants' April 12, 2007 answer deadline or, in the alternative, for March 22 or 23, subject to the Court's availability.

Dated: March 13, 2007　　　　　　　　　　Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SUSAN K. RUDY D.C. Bar # 369112
Assistant Branch Director

　　　/s/ Steven Y. Bressler
STEVEN Y. BRESSLER D.C. Bar #482492
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, DC  20044
Tel. No.: (202) 514-4781
Fax No.: (202) 318-7609
Email: Steven.Bressler@USDOJ.gov

Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAIME RAMIREZ,

    Plaintiff,

v.                                    Civil Action No. 1:07-65 (GK)

UNITED STATES CUSTOMS
AND BORDER PROTECTION, *et al.*,

    Defendants.

**[PROPOSED] ORDER**

AND NOW, on this ___ day of March, 2007, it is hereby **ordered** that defendants' Motion to Reschedule the Status/Initial Scheduling Conference is **granted**. The Status/Initial Scheduling Conference currently set for March 21, 2007 is **rescheduled** for _____.

_____
Hon. GLADYS KESSLER
Senior U.S. District Judge