UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAIME RAMIREZ,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES CUSTOMS<br>AND BORDER PROTECTION, *et al.*,<br><br>        Defendants. | Civil Action No. 1:07-65 (GK) |

**[PROPOSED] SCHEDULING ORDER**

On this _____ day of _____, 2007, following a Case Management Conference held April 18, 2006, and upon consideration of the meet and confer statement filed by the parties, IT IS HEREBY ORDERED that:

1. Defendants shall file the administrative record in this action and their dispositive motion on or before June 22, 2007;

2. Following the filing of defendants' dispositive motion, the parties may file a proposed briefing schedule for that motion and for any cross-motion anticipated to be filed by plaintiff;

3. Unless otherwise ordered by the Court, discovery is stayed pending resolution of defendants' dispositive motion. If plaintiff wishes to seek discovery of matters beyond the administrative record, plaintiff shall proceed as appropriate pursuant to Federal Rule of Civil Procedure 56(f).

 

                                                                                                    _____
                                                                                                    Hon. GLADYS KESSLER
                                                                                                    United States District Judge