IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAIME RAMIREZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. CUSTOMS AND BORDER PROTECTION, )<br>et al., )<br>)<br>Defendants. ) | Civil Action No. 07-65 (GK) |

## [PROPOSED] SCHEDULING ORDER

The Court hereby enters the following scheduling order:

1.    The defendants shall file a dispositive motion and the administrative record no later than June 22, 2007.

2.    The plaintiff shall be entitled to conduct discovery. Discovery shall be stayed, however, until after the defendants file their dispositive motion.

3.    After the defendants file their dispositive motion, the plaintiff shall confer with the defendants on a schedule for discovery (if necessary) and for briefing the government's dispositive motion and any cross-motion to be filed by the plaintiff. The briefing schedule shall permit plaintiff to conduct reasonable discovery prior to submitting a response to the government's dispositive motion.

4.    The plaintiff shall submit a report to the Court no later than July 23, 2007, proposing a discovery and briefing schedule and addressing the matters set forth in LCvR 16.4.

_____  
Date

_____  
Judge Gladys Kessler  
U.S. District Court for the  
District of Columbia