UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAIME RAMIREZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CUSTOMS )<br>AND BORDER PROTECTION, *et al.*, )<br>)<br>Defendants. )<br> | Civil Action No. 1:07-65 (GK) |

**CONSENT MOTION FOR EXTENSION OF TIME
AND MEMORANDUM IN SUPPORT THEREOF**

Defendants, U.S. Customs and Border Protection, *et al.*, with consent of plaintiff, respectfully move this Court to extend by one week defendants' time in which to file their opposition to plaintiff's motion for a continuance of defendants' pending dispositive motion and for leave to conduct discovery pursuant to Federal Rule of Civil Procedure 56(f) ("Rule 56(f) Motion," Docket Entry No. 24).

Good cause exists for this Motion.  On June 22, defendants filed their Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, for Summary Judgment (Docket Entry No. 23).  Plaintiff has not responded to that Motion but, instead, on July 9 filed his Rule 56(f) Motion.  Absent an extension, defendants' response to plaintiff's motion is due on July 23. Undersigned counsel, who is primarily responsible for representing defendants in this action, spent most of the week of July 9 preparing for, and traveling to and from, a dispositive motions hearing in another matter in the Northern District of California.  Attorneys at U.S. Customs and Border Protection who are working with undersigned counsel in this action are unavailable the week of

July 16, 2007, due to previously scheduled commitments. Accordingly, defendants, with consent of plaintiff, request an additional week to respond to plaintiff's Rule 56(f) Motion. This is the first extension sought by either party concerning plaintiff's Rule 56(f) Motion, and the only other deadline that would be affected if the Court grants defendants a one-week extension is the deadline for plaintiff's reply brief, if any, in support of his Rule 56(f) Motion.[*]

WHEREFORE, for good cause shown, the Court should grant defendants' Consent Motion for Extension of Time.

Dated: July 17, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SUSAN K. RUDY D.C. Bar # 369112
Assistant Branch Director

    /s/ Steven Y. Bressler
STEVEN Y. BRESSLER D.C. Bar #482492
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, DC  20044
Tel. No.:  (202) 514-4781
Fax No.: (202) 318-7609
Email:  Steven.Bressler@USDOJ.gov

Counsel for Defendants

---

[*] Counsel for plaintiff informed counsel for defendants that, if the Court grants this consent motion, plaintiff may later seek a one-week extension of time to file his reply brief. Defendants will not oppose such a motion for extension by plaintiff.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAIME RAMIREZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CUSTOMS )<br>AND BORDER PROTECTION, *et al.*, )<br>)<br>Defendants. )<br> | Civil Action No. 1:07-65 (GK) |

**[PROPOSED] ORDER**

AND NOW, on this ___ day of July, 2007, it is hereby **ordered** that defendants' Consent Motion for Extension of Time is **granted**. Defendants shall respond to plaintiff's Motion for Continuance and for Leave to Take Discovery Pursuant to Rule 56(f) on or before July 30, 2007.

_____
Hon. GLADYS KESSLER
Senior U.S. District Judge