UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAIME RAMIREZ,                                :
                                              :
       **Plaintiff,**              :
                                              :
v.                                            :   Civil Action No. 07-65 (GK)
                                              :
U.S. CUSTOMERS AND BORDER                     :
PROTECTION, *et al.*,                         :
                                              :
       **Defendants.**            :

# ORDER

For the reasons stated in Plaintiff's Motion for a Continuance of the Deadline to Respond to Defendants' Motion to Dismiss or, Alternatively, for Summary Judgment, to Permit Discovery Pursuant to Rule 56(f), it is hereby

**ORDERED**, that said motion is **granted**;[1] and it is further

**ORDERED**, that the following schedule for discovery and briefing is entered:

| | |
|---|---|
| Discovery to be completed: | March 15, 2008 |
| Plaintiff's Response to Defendants' Motion to Dismiss or, Alternatively, for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment | April 15, 2008 |
| Defendants' Reply in Support of the Motion to Dismiss or, Alternatively, for Summary Judgment and Response to Plaintiff's Cross-Motion for Summary Judgment | May 15, 2008 |

---

[1]    The Court very much regrets the long delay in reaching this Motion.

| | |
|---|---|
| Plaintiff's Reply in Support of Cross-Motion for Summary Judgment | June 1, 2008 |

**SO ORDERED**.

| | |
|---|---|
| January 14, 2008 | /s/<br>Gladys Kessler<br>United States District Judge |

**Copies via ECF to all counsel of record**