```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

_____
JAIME RAMIREZ,                      )
                                    )
        Plaintiff,                  )
                                    )
             v.                     )   No. 07-cv-65 (GK)
                                    )
U.S. CUSTOMS AND BORDER PROTECTION, )
et al.,                             )
                                    )
        Defendants.                 )
_____)
```

## PLAINTIFF'S MOTION TO RESET THE
## DISCOVERY DEADLINE AND BRIEFING SCHEDULE

Plaintiff Jaime Ramirez submits this motion requesting that the Court reset the deadline for completing discovery and reset the briefing schedule established in the Court's order dated January 14, 2008.  As discussed below, plaintiff's counsel has consulted with counsel for the government, who takes no position on this motion at this time.  In support of his motion, Ramirez states as follows:

**1.**   Ramirez initiated this action by filing a complaint on January 12, 2007.  He challenges the legality of an order from his employer, U.S. Customs and Border Protection (CBP), that he resign his seat on the non-partisan volunteer City Council of Presidio, Texas.  That order was issued by the defendant Luis Garcia, the former Director of Field Operations for CBP's El Paso Field Office.  Mr. Garcia has now retired from CBP.

2. On February 14, 2007, Ramirez filed a motion for a preliminary injunction to block the CBP order. This Court granted his motion in a decision dated March 12, 2007.

3. On June 22, 2007, the government filed a motion to dismiss and a motion for summary judgment, along with a copy of the administrative record. Ramirez responded on July 9, 2007, by filing a motion pursuant to Federal Rule of Civil Procedure 56(f) requesting that the Court stay consideration of the government's motion to permit Ramirez to engage in limited discovery. The government opposed Ramirez's Rule 56(f) motion.

4. In an order dated January 14, 2008, the Court granted Ramirez's Rule 56(f) motion. That order also established a schedule for completing discovery and for briefing the government's motions and any cross-motion filed by Ramirez. Pursuant to that schedule, discovery is to be completed by March 15, 2008.

5. Ramirez's current term on the Presidio City Council expires in May 2008.

6. On January 4, 2008, Ramirez submitted a "Request To Engage in Outside Employment" form to CBP. The form sought CBP's authorization to serve a new term on the City Council, starting when his current term expires in May 2008.

7. Shortly upon receiving the Court's January 14, 2008 order, counsel for Ramirez consulted with counsel for the

government about how to proceed with litigation of the case, in light of the May 2008 expiration of Ramirez's current term on the City Council and his then-pending request for authorization to serve a new term.  Counsel agreed to defer initiating discovery until CBP issued a decision on Ramirez's request to serve a new term on the City Council.  As a consequence, discovery has not commenced.

       **8.**   In a letter dated March 6, 2008, CBP denied Ramirez's request for authorization to serve a new City Council term.  The letter was signed by Eugene Garza, who is now serving as the Acting Director of Field Operations for the El Paso Field Office.  The letter further states that "in light of the preliminary injunction [entered in this case], the Agency has determined not to take any action against you because of your outside activity as a member of the Presidio City Council."  It also provides that "[t]he Agency will review the issue and consider its options upon issuance of, and in accord with, the District Court's opinion in the pending civil action."

       **9.**   Upon receipt of CBP's March 6, 2008 letter denying Ramirez authorization to serve a new City Council term, his counsel decided to file an amended complaint that would cover the denial of authorization to serve a new term on the Council.  As referenced in the proposed schedule set forth in paragraph 11 below, Ramirez intends to submit a motion for leave to file an

amended complaint and an amended complaint no later than March 31, 2008.

    10.   Counsel for Ramirez consulted with government counsel again after receiving CBP's March 6, 2008 letter. During those consultations, counsel for Ramirez advised government counsel of Ramirez's intention to file an amended complaint and to request that the Court reset the schedule for completing discovery and for briefing the government's outstanding motions and any cross-motions that Ramirez files. Government counsel responded that the government would not be able to take a position at this time on Ramirez's intended course of action. Counsel for Ramirez will consult with government counsel again before submitting a motion for leave to file an amended complaint. If government counsel ultimately consents to Ramirez's filing of an amended complaint, then no briefing on that issue will be required. Government counsel also stated that the government takes no position on the instant motion.

    11.   Because Ramirez's current City council term expires in May 2008, which is a month before briefing on the legal motions concerning his current term would be complete under the Court's order of January 14, 2008, and because Ramirez intends to file an amended complaint concerning CBP's recent denial of his request for authorization to serve a new term, Ramirez requests

that the Court set a new schedule for discovery and briefing. Ramirez proposes that the Court adopt the following schedule:

| | |
|---|---|
| Plaintiff files Motion for Leave To Amend His Complaint and an Amended Complaint | March 31, 2008 |
| Defendants file Motion To Dismiss Amended Complaint and Motion for Summary Judgment, along with the Administrative Record for their March 6, 2008 decision | April 30, 2008 |
| Deadline for completing discovery | June 30, 2008 |
| Plaintiff files Cross-Motion for Summary Judgment and Opposition To Defendants' Motion To Dismiss/ Motion for Summary Judgment | July 30, 2008 |
| Defendants file Reply in Support of Their Motion To Dismiss/Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment | August 29, 2008 |
| Plaintiff files Reply in Support of His Motion for Summary Judgment | September 12, 2008 |

**12.** The proposed schedule provides 60 days for discovery following the government's submission of a new administrative record, consistent with the time frame in the Court's January 14, 2008 order. The proposed schedule also maintains the other time frames that the Court adopted in its January 14, 2008 order: 30 days from the end of discovery to the filing of Ramirez's cross-motion and opposition to the government's motions; 30 days for the government to submit its response to Ramirez's cross-motion and its reply in support of its motions;

5

and 14 days (rather than the 15 days the Court had provided) for Ramirez to submit a reply in submit of his cross-motion).

**13.** Adopting the proposed schedule would be in the interests of justice and judicial economy. Adhering to the Court's previous schedule would have resulted in the parties conducting discovery and submitting briefs about a CBP decision concerning a term of office that expires before briefing would even have been completed. Under this new briefing schedule, the parties would engage in discovery and submit briefs addressing the government's March 6, 2008 denial of Ramirez's request to serve a new two-year term beginning this May. The resulting decision from the Court would thus clearly resolve an on-going dispute between the parties.

## CONCLUSION

For the foregoing reasons, plaintiff Ramirez respectfully requests that the Court adopt the schedule proposed in paragraph 11 above.

> Respectfully submitted,
>
> /s/ Gregory O'Duden
> GREGORY O'DUDEN
> General Counsel
> D.C. Bar No. 254862
>
> /s/ Elaine Kaplan
> ELAINE KAPLAN
> Senior Deputy General Counsel
> D.C. Bar No. 292441

                                    /s/ Barbara A. Atkin  
                                    BARBARA A. ATKIN  
                                    Deputy General Counsel  
                                    D.C. Bar No. 225797  

                                    /s/ Robert H. Shriver, III  
                                    ROBERT H. SHRIVER, III  
                                    Assistant Counsel  
                                    D.C. Bar No. 456858  

                                    NATIONAL TREASURY EMPLOYEES UNION  
                                    1750 H Street, NW  
                                    Washington, DC 20006  
                                    (202) 572-5500  

March 14, 2008                  <u>Attorneys for Plaintiff</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
JAIME RAMIREZ,                     )
                                   )
        Plaintiff,                 )
                                   )
        v.                         )   No. 07-cv-65 (GK)
                                   )
U.S. CUSTOMS AND BORDER PROTECTION,)
et al.,                            )
                                   )
        Defendants.                )
                                   )
_____)
```

**[PROPOSED] ORDER**

For the reasons stated in the Plaintiff's Motion To Reset the Discovery Deadline and Briefing Schedule, it is hereby

ORDERED that said motion is GRANTED. The parties are hereby instructed to comply with the following schedule:

| | |
|---|---|
| Plaintiff files Motion for Leave To Amend His Complaint and an Amended Complaint | March 31, 2008 |
| Defendants file Motion To Dismiss Amended Complaint and Motion for Summary Judgment, along with the Administrative Record for their March 6, 2008 decision | April 30, 2008 |
| Deadline for completing discovery | June 30, 2008 |
| Plaintiff files Cross-Motion for Summary Judgment and Opposition To Defendants' Motion To Dismiss/ Motion for Summary Judgment | July 30, 2008 |
| Defendants file Reply in Support of Their Motion To Dismiss/Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment | August 29, 2008 |

| | |
|---|---|
| Plaintiff files Reply in Support of His Motion for Summary Judgment | September 12, 2008 |

_____          _____
Date                                                  Judge Gladys Kessler
                                                      United States District Court
                                                      For the District of Columbia

2