**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| | ) |
| JAIME RAMIREZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )      Civil Action No. 1:07-65 (GK) |
| | ) |
| UNITED STATES CUSTOMS | ) |
| AND BORDER PROTECTION, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO RESET BRIEFING
SCHEDULE**

On March 14, 2008, plaintiff Jaime Ramirez filed a "Motion to Reset the Discovery
Deadline and Briefing Schedule" (Docket No. 30) that, due to an apparent misunderstanding,
states that defendants U.S. Customs and Border Protection, *et al.*, took no position on the relief
requested by plaintiff.  As explained below, plaintiff's proposed schedule would improperly
require defendants to file a dispositive motion in response to a proposed Amended Complaint
that neither defendants nor the Court have seen to date.  Defendants oppose such a schedule,
which would prejudice their ability to respond as they see fit pursuant to the Federal Rules of
Civil Procedure.

As plaintiff correctly notes, the claims in his current Complaint (Docket No. 21) will soon
be moot.  Rather than prematurely require defendants to file a dispositive motion in response to
an as-yet unfiled new complaint, however, defendants respectfully suggest that the Court order a
schedule as follows:

-2-

| | |
|---|---|
| Plaintiff's motion for leave to file a Second Amended Complaint: | March 31, 2008 |
| Defendants' response, if any, to plaintiff's motion for leave to file a Second Amended Complaint: | Pursuant to L. Civ. R. 7 |
| Defendants' answer, motion, or other appropriate pleading in response to plaintiff's Second Amended Complaint, if necessary: | 30 days after leave to file is granted, though defendants may seek an enlargement of time once any Second Amended Complaint has been filed. |

Whether the portion of plaintiff's proposed schedule pertaining to cross-motions for summary judgment and limited discovery is appropriate remains to be seen until such time as this Court grants plaintiff leave to again amend his complaint and defendants respond pursuant to the Rules of Civil Procedure.

A proposed Order is filed herewith.

Dated: March 17, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SUSAN K. RUDY D.C. Bar # 369112
Assistant Branch Director

_____/s/ Steven Y. Bressler_____
STEVEN Y. BRESSLER D.C. Bar #482492
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, DC  20044
Tel. No.:  (202) 514-4781
Fax No.: (202) 318-7609
Email:  Steven.Bressler@USDOJ.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| JAIME RAMIREZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-65 (GK) |
| ) | |
| UNITED STATES CUSTOMS ) | |
| AND BORDER PROTECTION, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**[PROPOSED] ORDER**

AND NOW, on this ___ day of March, 2008, it is hereby **ordered** that plaintiff's "Motion

to Reset the Discovery Deadline and Briefing Schedule" (Docket No. 30) is **granted in part and**

**denied in part**, as follows:

1.      Plaintiff shall file his Motion for Leave to File a Second Amended Complaint on

or before March 31, 2008;

2.      Defendants' response and plaintiff's reply thereto, if any, shall be filed pursuant to

the Local Rules of this Court.

3.      In the event this Court grants leave to file a Second Amended Complaint,

defendants shall answer, move, or otherwise plead in response within 30 days after such leave is

granted.


_____
Hon. GLADYS KESSLER
Senior U.S. District Judge