```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| JAIME RAMIREZ, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|         v. | )  No. 07-cv-65 (GK) |
| | ) |
| U.S. CUSTOMS AND BORDER PROTECTION, | ) |
| et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**PLAINTIFF'S CONSENTED TO MOTION TO RESET THE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

Plaintiff Jaime Ramirez requests that the Court reset the briefing schedule on the government's motion to dismiss Ramirez's second amended complaint.  Under Ramirez's proposed briefing schedule, his response to the government's motion would be due by May 30, 2008, and the government's reply would be due by June 20, 2008.  Counsel for Ramirez consulted with counsel for the government, who consents to this proposed briefing schedule.  In support of his motion, Ramirez states as follows:

    **1.**  In an order dated April 1, 2008, the Court granted Ramirez's request for leave to file his second amended complaint.  Pursuant to the deadline set by the Court's order of March 27, 2008, the government submitted its response to the amended complaint--a motion to dismiss--on May 1, 2008.

    **2.**  Ramirez's opposition to the government's motion to dismiss is currently due by May 15, 2008 (the 11 days provided

under Local Rule 7(b) plus the 3 additional days afforded under Fed. R. Civ. Proc. 6(d)). He requests a 15-day extension of that deadline, to May 30, 2008.

3. The government's motion seeks dismissal for lack of jurisdiction. It contends that Ramirez's statutory claims are precluded, that he failed to exhaust administrative remedies with respect to his constitutional claims, and that his challenge to the government's December 2006 direction that he resign his City Council seat is now moot. Though the Court has previously rejected similar jurisdictional arguments in granting Ramirez's request for a preliminary injunction in this case, <u>Ramirez v. United States Customs and Border Protection</u>, 477 F. Supp. 2d 150, 155 (D.D.C. 2007), the government's position has evolved since then. Ramirez, therefore, must provide full briefing on these issues in opposing the government's motion. Extending the deadline as Ramirez has requested will permit him to address each of these three distinct jurisdictional arguments in a manner that will assist the Court in resolving the government's motion.

4. The requested extension is further necessary because NTEU Deputy General Counsel Barbara A. Atkin, the attorney with primary supervisory responsibility in this matter, will be out of the office for work-related reasons from May 13 through May 22, 2008. The additional requested time, therefore, is

necessary to provide her with an opportunity to review and edit Ramirez's response to the government's motion to dismiss.

    **5.**   The government consents to this extension and has asked that Ramirez consent to an extension of the deadline for its reply brief, until June 20, 2008, to accommodate government counsel's planned vacation in June.  Ramirez consents to this nine-day extension of the deadline for the government's reply brief.

**CONCLUSION**

For the foregoing reasons, plaintiff Ramirez respectfully requests that the Court reset the briefing schedule on the government's motion to dismiss Ramirez's second amended complaint so that Ramirez's response is due May 30, 2008, and the government's reply is due June 20, 2008.

Respectfully submitted,

/s/ Gregory O'Duden
GREGORY O'DUDEN
General Counsel
D.C. Bar No. 254862

/s/ Elaine Kaplan
ELAINE KAPLAN
Senior Deputy General Counsel
D.C. Bar No. 292441

/s/ Barbara A. Atkin
BARBARA A. ATKIN
Deputy General Counsel
D.C. Bar No. 225797

/s/ Robert H. Shriver, III
ROBERT H. SHRIVER, III
Assistant Counsel
D.C. Bar No. 456858

NATIONAL TREASURY EMPLOYEES UNION
1750 H Street, NW
Washington, DC 20006
(202) 572-5500

May 6, 2008                    Attorneys for Plaintiff

```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

_____
JAIME RAMIREZ,                          )
                                        )
          Plaintiff,                    )
                                        )
          v.                            )  Civil Action No. 07-65 (GK)
                                        )
U.S. CUSTOMS AND BORDER PROTECTION,     )
et al.,                                 )
                                        )
          Defendants.                   )
                                        )
_____)
```

### ORDER

For the reasons stated in Plaintiff's Consented To Motion To Reset the Briefing Schedule on Defendants' Motion To Dismiss the Second Amended Complaint, it is hereby ORDERED that said motion is GRANTED.  Plaintiff's response is due by May 30, 2008, and defendants' reply is due by June 20, 2008.

_____                        _____
Date                                    Judge Gladys Kessler
                                        United States District Court for
                                        the District of Columbia