IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

JAIME RAMIREZ,                          )
                                        )
            Plaintiff,                  )
                                        )
            v.                          )    No. 07-cv-65 (GK)
                                        )
U.S. CUSTOMS AND BORDER PROTECTION,)
et al.,                                 )
                                        )
            Defendants.                 )

---

**PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO
MEET AND CONFER PURSUANT TO FEDERAL RULE 26(F)
AND LOCAL RULE 16.3(A), TO RESPOND TO PLAINTIFF'S
DISCOVERY REQUESTS, AND, ALTERNATIVELY, FOR ORAL
ARGUMENT ON THE GOVERNMENT'S MOTION TO DISMISS**

Plaintiff Jaime Ramirez hereby moves the Court to compel defendants (the government) to meet and confer pursuant to Fed. R. Civ. Proc. 26(f) and Local Rule 16.3(a) and to respond to Ramirez's discovery requests (attached). Ramirez served discovery requests on the government on June 18, 2008, and requested to meet and confer pursuant to the Federal Rules and the rules of this Court. In a letter dated July 9, 2008, the government stated that it would not meet and confer and would not respond to the discovery requests, citing its pending motion to dismiss.

For the reasons stated in the attached memorandum, Ramirez respectfully requests that the Court compel the government to meet and confer and to respond to Ramirez's discovery requests.

If the Court denies Ramirez's motion to compel, indicating instead an intent to resolve the government's motion to dismiss before proceeding to consideration of the merits, Ramirez requests, in the alternative, that the Court schedule oral argument on the motion to dismiss.

Plaintiff's counsel has consulted with defendant's counsel, who opposes the motion to compel and takes no position on the alterative motion for oral argument on the motion to dismiss.

Respectfully submitted,

/s/ Gregory O'Duden
GREGORY O'DUDEN
General Counsel
D.C. Bar No. 254862

/s/ Elaine Kaplan
ELAINE KAPLAN
Senior Deputy General Counsel
D.C. Bar No. 292441

/s/ Barbara A. Atkin
BARBARA A. ATKIN
Deputy General Counsel
D.C. Bar No. 225797

/s/ Robert H. Shriver, III
ROBERT H. SHRIVER, III
Assistant Counsel
D.C. Bar No. 456858

NATIONAL TREASURY EMPLOYEES UNION
1750 H Street, NW
Washington, DC 20006
(202) 572-5500

July 28, 2008                    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAIME RAMIREZ,                          )
                                        )
         Plaintiff,                     )
                                        )
              v.                        )    No. 07-cv-65 (GK)
                                        )
U.S. CUSTOMS AND BORDER PROTECTION,)
et al.,                                 )
                                        )
         Defendants.                    )
                                        )

**[PROPOSED] ORDER**

For the reasons stated in the foregoing Plaintiff's Motion
To Compel Defendants To Meet and Confer Pursuant to Federal Rule
26(f) and Local Rule 16.3(a), To Respond to Plaintiff's
Discovery Requests, and, Alternatively, for Oral Argument on the
Government's Motion To Dismiss, it is hereby ORDERED that
plaintiff's motion to compel is GRANTED, and that the defendant
shall meet and confer with the plaintiff for purposes of
submitting a report to the Court pursuant to Local Rule 16.3(d).

It is further ORDERED that the defendant shall respond to
the plaintiff's pending discovery requests no later than 30 days
from the date that the parties meet and confer pursuant to this
Order.

_____           _____
Date                              Judge Gladys Kessler
                                  U.S. District Court for the
                                  District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAIME RAMIREZ,              )
                                )
        Plaintiff,      )
                                )
          v.            )    No. 07-cv-65 (GK)
                                )
U.S. CUSTOMS AND BORDER PROTECTION,)
et al.,                      )
                                )
        Defendants.     )

**PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO
MEET AND CONFER PURSUANT TO FEDERAL RULE 26(F)
AND LOCAL RULE 16.3(A), TO RESPOND TO PLAINTIFF'S
DISCOVERY REQUESTS, AND, ALTERNATIVELY, FOR ORAL
ARGUMENT ON THE GOVERNMENT'S MOTION TO DISMISS**

Plaintiff Jaime Ramirez hereby moves the Court to compel defendants (the government) to meet and confer pursuant to Fed. R. Civ. Proc. 26(f) and Local Rule 16.3(a) and to respond to Ramirez's discovery requests (attached). Ramirez served discovery requests on the government on June 18, 2008, and requested to meet and confer pursuant to the Federal Rules and the rules of this Court. In a letter dated July 9, 2008, the government stated that it would not meet and confer and would not respond to the discovery requests, citing its pending motion to dismiss.

For the reasons stated in the attached memorandum, Ramirez respectfully requests that the Court compel the government to meet and confer and to respond to Ramirez's discovery requests.

If the Court denies Ramirez's motion to compel, indicating instead an intent to resolve the government's motion to dismiss before proceeding to consideration of the merits, Ramirez requests, in the alternative, that the Court schedule oral argument on the motion to dismiss.

Plaintiff's counsel has consulted with defendant's counsel, who opposes the motion to compel and takes no position on the alterative motion for oral argument on the motion to dismiss.

Respectfully submitted,

/s/ Gregory O'Duden
GREGORY O'DUDEN
General Counsel
D.C. Bar No. 254862

/s/ Elaine Kaplan
ELAINE KAPLAN
Senior Deputy General Counsel
D.C. Bar No. 292441

/s/ Barbara A. Atkin
BARBARA A. ATKIN
Deputy General Counsel
D.C. Bar No. 225797

/s/ Robert H. Shriver, III
ROBERT H. SHRIVER, III
Assistant Counsel
D.C. Bar No. 456858

NATIONAL TREASURY EMPLOYEES UNION
1750 H Street, NW
Washington, DC 20006
(202) 572-5500

July 28, 2008                    Attorneys for Plaintiff



**The National Treasury Employees Union**

June 18, 2008

<u>VIA REGULAR MAIL AND E-MAIL</u>

Steven Y. Bressler
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
Post Office Box 883
Washington, DC  20044

    Re:  <u>Ramirez v. CBP</u>, No. 07-65  (D.D.C.)

Dear Steve:

    Enclosed are plaintiff's interrogatories and document requests.  I look forward to reviewing the government's response.

                    Sincerely,

                    Robert H. Shriver, III
                    Assistant Counsel

Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAIME RAMIREZ, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|           v. | )   No. 07-cv-65 (GK) |
| | ) |
| U.S. CUSTOMS AND BORDER PROTECTION, | ) |
| et al., | ) |
| | ) |
|       Defendants. | ) |
| | ) |

## PLAINTIFF'S FIRST SET OF INTERROGATORIES AND DOCUMENT REQUESTS

Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, plaintiff submits the following interrogatories and request for documents.

### INSTRUCTIONS

1.    Within 30 days of service of the interrogatories and document requests, defendants must answer the interrogatories and either provide copies of the requested documents or make the requested documents available to be inspected and copied by plaintiff's counsel at a time and place to be determined by the parties.

2.    Defendants must answer each interrogatory separately and fully in writing and under oath, unless it is objected to, in which event defendants must state with specificity the reason for objection and answer the interrogatory to the extent not objectionable.

3.    If defendants cannot answer the interrogatories in
full after exercising due diligence to secure the information to
do so, defendants must so state, and answer to the extent
possible, specifying their inability to answer the remainder,
and stating whatever information, common knowledge or belief
defendants have concerning the unanswered portion.

4.    If defendants contend that any of the information
sought by these interrogatories or document requests is
privileged or otherwise protected from discovery in whole or in
part, defendants must describe the reasons for each non-
response, state the general nature of the information not
disclosed, and identify all persons who know the information
and/or to whom the information was communicated or disclosed.

5.    If defendants believe that any information responsive
to these interrogatories or document requests at one time
existed but now has been lost or destroyed, defendants must
identify any documents evidencing such information, including
any that have been lost or destroyed (by source, date of
creation or acquisition, and subject matter) and indicate their
belief about the date of and reason for the loss of the
information.

6.    If defendants discover further information responsive
to these interrogatories or document requests after submitting
answers, defendants must supplement its responses to the full

2

extent required by the Federal Rules of Civil Procedure.

7.    The answers are to be signed by the person making them, and the objections signed by the attorney making them.

## DEFINITION

1.    "Document" means the complete original or a true, correct, and complete copy and any non-identical copies (whether different from the original due to notes made on or attached to the copy or otherwise) of any written, graphic, typed, printed, filmed, recorded, or electronic information no matter how produced, recorded, stored, or reproduced (including computer stored or generated data, together with instructions or programs necessary to search and retrieve such data), including but not limited to any writing, letter, telegram, memorandum, electronic mail or message, statement, book, report, study, analysis, digest, record, handwritten note, working paper, chart, graph, drawing, photograph, videotape, audio recording (including telephone voicemail or answering machine messages), diary, tabulation, data sheet, note of interview or communication, or any other data compilation in the possession, custody, or control of defendant, and including all drafts of such documents.  As to any document or data stored in electronic form, the person or entity responding to the request should also furnish the information in written or printed form.

2.    "CBP" means United States Customs and Border

Protection.

3.    "Predecessor agencies" means the United States Customs Service; United States Immigration and Naturalization Service; and United States Department of Agriculture, Animal and Plant Health Inspection Service.

<u>**INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**</u>

**INTERROGATORY NO. 1:**

For all persons currently or formerly employed by CBP who served in an elected or appointed non-partisan position or office with a local, state, or federal governmental body at any time since January 1, 2004, while concurrently employed by CBP, provide the following information:

(a)   name;

(b)   job title with CBP;

(c)   post of duty with CBP;

(d)   the position or office with the governmental body held by the person;

(e)   the years that the person served in that position or office;

(f)   whether the person served more than one term in the position or office and the number of terms served;

(g)   whether the person sought authorization from CBP or one of its predecessor agencies (before or after January 1, 2004) to run for and/or to serve an initial term in the position or office;

(h)   whether CBP or one of its predecessor agencies approved or disapproved (orally or in writing) of the person running for and/or serving in an initial term in the position or office;

5

    (i)   the individual who approved or disapproved of the person running for and/or serving in an initial term in the position or office; and

    (j)   whether CBP or one of its predecessor agencies approved or disapproved (orally or in writing) of the person running for and/or serving any subsequent term(s) in the position or office; and

    (k)   the individual who approved or disapproved of the person running for and/or serving any subsequent term(s) in the position or office.

**DOCUMENT REQUEST NO. 1:**  Produce all documents concerning any requests submitted to CBP or its predecessor agencies by a person identified in Interrogatory No. 1, including but not limited to the following:

    (a)   any documents seeking authorization or approval to run for and/or to serve in an elected or appointed non-partisan position or office with a local, state, or federal governmental body;

    (b)   any documents concerning approval or disapproval of the person's request;

    (c)   any documents concerning any proposed or final disciplinary action taken, or any decision not to take disciplinary action, against the person as a result of

his/her running for or serving in any elected or
appointed non-partisan position or office with a
local, state, or federal governmental body;

(d)   any documents concerning any policy of CBP and/or its
predecessor agencies related to service by an employee
of CBP and/or its predecessor agencies in an elected
or appointed non-partisan position or office with a
local, state, or federal governmental body; and

(e)   any policies, guidance, or non-privileged memoranda
concerning consideration by CBP or a predecessor
agency of an employee's request for authorization to
engage in outside employment or an outside activity
including any documents describing the individuals
within CBP or the predecessor agency responsible for
granting or denying such requests.

**ANSWER TO INTERROGATORY NO. 1**

**INTERROGATORY NO. 2:**  For all persons who have served in a non-partisan office or governing body of Presidio, Texas (including but not limited to the school board, city council, mayor's office, and any other elected or appointed board, commission, council) at any time since its incorporation in 1981, while also simultaneously being employed by CBP or by one of its predecessor agencies, provide the following information:

(a)  the person's name;

(b)  the person's job title with CBP and/or any predecessor agency;

(c)  the non-partisan office or governing body to which the person was elected or appointed;

(d)  the years during which the person served in the non-partisan office or governing body;

(e)  the number of terms served by the person;

(f)  whether the person sought authorization from CBP or one of its predecessor agencies to run for and/or to serve in the non-partisan office or governing body;

(g)  whether CBP or one of its predecessor agencies approved or disapproved (orally or in writing) the person running for and/or serving an initial term in the non-partisan office or governing body; and

(h)  whether CBP or one of its predecessor agencies approved or disapproved (orally or in writing) of the

9

person running for and/or serving any subsequent terms in the non-partisan office or governing body.

**DOCUMENT REQUEST NO. 2**: Produce all documents concerning any requests submitted to CBP or one of its predecessor agencies by any person identified in Interrogatory No. 2 seeking authorization or approval to run for and/or to serve in a non-partisan office or governing body of Presidio, Texas, including but not limited to the following:

    (a)   any documents concerning approval or disapproval by CBP or a predecessor agency of the person's request; and

    (b)   any documents concerning any proposed or final disciplinary action taken, or any decision not to take disciplinary action, against the person as a result of his/her running for or serving in any nonpartisan officer or governing body.

## ANSWER TO INTERROGATORY NO. 2

Respectfully submitted,

GREGORY O'DUDEN    (RHS)
General Counsel

ELAINE KAPLAN    (RHS)
Senior Deputy General Counsel

BARBARA A. ATKIN    (RHS)
Deputy General Counsel

ROBERT H. SHRIVER, III
Assistant Counsel

NATIONAL TREASURY EMPLOYEES UNION
1750 H Street, NW
Washington, DC 20006
Telephone:  (202) 572-5553
Facsimile:  (202) 572-5645

Date:  June 18, 2008    Counsel for Plaintiff Ramirez

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAIME RAMIREZ,                        )
                                      )
        Plaintiff,                    )
                                      )
        v.                            )    No. 07-cv-65 (GK)
                                      )
U.S. CUSTOMS AND BORDER PROTECTION,)
et al.,                               )
                                      )
        Defendants.                   )
                                      )

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Plaintiff's

First Set of Interrogatories and Document Requests to be served

today via first-class mail, postage pre-paid, and via electronic

mail on the following person:

            Steven Y. Bressler
            Trial Attorney
            U.S. Department of Justice
            Civil Division
            Federal Programs Branch
            Post Office Box 883
            Washington, DC  20044
            Steven.Bressler@usdoj.gov


6-13-2008
_____                    _____
Date                               Robert H. Shriver, III
                                   Assistant Counsel