IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAIME RAMIREZ, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:07-65 (GK) |
| UNITED STATES CUSTOMS AND BORDER PROTECTION, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Undersigned counsel, Kyle R. Freeny, hereby enters her appearance as counsel for the defendants in the above-captioned case, in substitution for Steven Y. Bressler, whose appearance is withdrawn.

Dated: August 7, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SUSAN K. RUDY D.C. Bar # 369112
Assistant Branch Director

By:   /s/ Kyle R. Freeny
KYLE R. FREENY (California Bar # 247857)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
P.O. Box 883, Washington, DC  20044
Telephone:  (202) 514-5108
Facsimile:   (202) 616-8470
Email:  Kyle.Freeny@usdoj.gov

*Counsel for Defendants*