IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAIME RAMIREZ, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:07-65 (GK) |
| UNITED STATES CUSTOMS AND BORDER PROTECTION, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**

Defendants, by and through undersigned counsel, hereby move for an extension of time, up to and including August 22, 2008, to file a response to plaintiff's Motion to Compel. See Docket Entry 38, 39. Plaintiff filed his Motion to Compel on July 28, 2008, and served defendants with a copy of his supporting memorandum the following day, July 29, 2008. Accordingly, defendants' response is currently due on Tuesday, August 12, 2008. See LCvR 7(b); Fed. R. Civ. Proc. 6(d).

The requested extension is supported by good cause. Previous government counsel's departure from the office has necessitated a substitution of counsel. Defendants request an additional ten days to permit undersigned counsel to familiarize herself with the case. This extension will also permit defendants to adequately address the issues raised in plaintiff's motion, including the propriety of conducting discovery while defendants' motion to dismiss for want of jurisdiction is pending, as well as the relevance and burden of the discovery requests served to date. This is the first extension sought by defendants with respect to plaintiff's Motion

to Compel. The extension would affect no other existing deadlines in this matter, aside from the deadline for plaintiff's reply brief in support of his Motion to Compel, if any. Undersigned counsel has consulted with plaintiff's counsel, who does not oppose this motion.

WHEREFORE, for good cause shown, the Court should grant defendants' Unopposed Motion for Extension of Time.

Dated: August 7, 2008	Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SUSAN K. RUDY D.C. Bar # 369112
Assistant Branch Director

By:	/s/ Kyle R. Freeny
KYLE R. FREENY (California Bar # 247857)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
P.O. Box 883, Washington, DC  20044
Telephone:  (202) 514-5108
Facsimile:   (202) 616-8470
Email:  Kyle.Freeny@usdoj.gov

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAIME RAMIREZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CUSTOMS )<br>AND BORDER PROTECTION, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:07-65 (GK) |

**[PROPOSED] ORDER**

This matter is before the Court on Defendants' Unopposed Motion for Extension of Time in Which to Respond to Plaintiff's Motion to Compel. Upon due consideration of the Defendants' submission, it is hereby:

ORDERED that, the Unopposed Motion for Extension of Time in Which to Respond to Plaintiff's Motion to Compel, is GRANTED; and it is further

ORDERED that Defendants may file a response to Plaintiff's Motion to Compel on or before August 22, 2008.

SIGNED and ENTERED this ___ day of _____, 2008.

_____
The Honorable GLADYS KESSLER
Senior United States District Judge